1428

## MOTION DOCKET

**94–1290.** U.S. Corrections Corp. v. Ohio Dept. of Indus. Relations. *Hamilton County*, Nos. C–920814 and C–920820. On motion to supplement record by Jerry Monahan. Motion granted.

**94–1924.** Evilsizor v. Tracy. Board of Tax Appeals, No. 93–B–1034. On motion to dismiss. Motion denied.

DOUGLAS, J., dissents.

**94–1970.** Huntington Ins. Agency, Inc. v. Duryee. In Mandamus. On answer of respondent. *Sua sponte*, alternative writ granted.

PFEIFER, J., would also order oral argument.

WRIGHT, J., not participating.

**94–2358.** State v. Sandford. *Cuyahoga County*, No. 66275. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., DOUGLAS and WRIGHT, JJ., dissent.

**94–2418.** State v. Patrick. *Lawrence County*, No. 94CA02. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and RESNICK, J., dissent.

**94–2422.** State v. Price. *Cuyahoga County*, No. 61891. On motion for leave to file delayed appeal. Motion denied.

**94–2427.** State v. Ruiz. *Summit County*, No. 16063. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., dissents.

**94–2429.** State ex rel. Fenley v. Kyger. In Mandamus. On answer of respondent. *Sua sponte*, alternative writ allowed.

RESNICK and F.E. SWEENEY, JJ., dissent and would dismiss the cause.

**94–2439.** Shaper v. Tracy. *Franklin County*, No. 94APE01–32. On motion for admission *pro hac vice* by Clinton A. Krislov. Motion granted.

**94–2479.** State v. Lane. *Hamilton County*, No. C–900837. On motion for leave to file delayed appeal. Motion denied.

**94–2480.** State v. Hughes. *Cuyahoga County*, No. 62884. On motion for leave to file delayed appeal. Motion denied.